FILED

RELATED DDJ

1  James B. Jordan (Full Name)
2  3314½ Stocker Street (Address Line 1)
3  Los Angeles, CA 90008 (Address Line 2)
4  (323) 872-7620 (Phone Number)
5  Plaintiff in Pro Per

2023 APR 28 AM 9:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: EEE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LACV23-03223-DOC(MAR)

James B. Jordan,
     Plaintiff,
  vs.
Federal Bureau of Investigations
(All Defendants),
     Defendant(s).

Case No.: _____
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

Jury Trial Demanded: ☒ Yes  ☐ No

*(All paragraphs and pages must be numbered.)*

### I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Plaintiff resides and is a resident of Los Angeles County. Defendant employment is located in Los Angeles County.

1.

## III. PARTIES

3. Plaintiff **James B. Jordan** _(your full name)_ resides at: **3314 ½ Stocker Street, Los Angeles, CA 90008** _(your address)_.

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant **Federal Bureau of Investigations** _(full name of Defendant)_ works at **(All Defendants) 11000 Wilshire Blvd** _(Defendant's place of work)_.

Defendant's title or position is **FBI Police / FBI Agent** _(Defendant's title or position at place of work)_.

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because: **Defendant was employed at all times which Plaintiff came into contact, interviewed, etc., in person with Plaintiff (Defendant).**

5. Defendant **Federal Bureau of Investigations (All Defendants)** _(full name of Defendant)_ works at **11000 Wilshire Blvd, Los Angeles, CA** _(Defendant's place of work)_.

Defendant's title or position is **FBI Agent (All Defendants)** _(Defendant's title or position at place of work)_.

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because: **Plaintiff interviewed with FBI Agent (All Defendants) in Tucson, Arizona in 2022. Defendant informed Plaintiff that 11000 Wilshire in Los Angeles was home office etc. Defendant was working for FBI when conversing.**

___. Defendant _____ works at
*Insert ¶ #*       *(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity         ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

___. Defendant _____ works at
*Insert ¶ #*       *(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity         ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

3.
___
Pro Se Clinic Form        Page Number

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

____. Plaintiffs Amendment and Civil Rights are being violated by Federal Bureau of Investigations. Plaintiff has been the victim of Radiation Warfare, Chemical Warfare. Plaintiff is hearing recordings and being radiated as Plaintiff writes Statement of Facts. Plaintiff is the victim of fraud, Bank fraud, Computer hackings, Stalking, harassment, terrorism, email hackings, mail fraud, medical insurance manipulation to

____. keep Plaintiff from seeing Specialist to assist Psychological Warfare, etc. by Federal Bureau of Investigations (all defendants). In 2012 (approximately) Plaintiff sued Los Angeles County at Stanley Mosk Courthouse, 1st Street/Hill Street. After Plaintiff sued Los Angeles County 2012 Plaintiff started to be harassed (randomly detained by LA County Sheriffs, Los Angeles Police Department), arrested, assaulted, and jailed at Twin

____. Towers County Jail for felonies. Plaintiff vehicles (multiple) were towed, impounded. Plaintiff started (2012) receiving death threats from LA County Sheriffs (Plaintiff worked in collaboration with Los Angeles County Sheriffs as a County Social Worker II, LA County Department of Children and Family Services). Plaintiff also began being harassed, assaulted and terrorized (as Plaintiff is currently being terrorized writing statement of facts) by Los Angeles Police Department. For example, all of Plaintiff Civil Rights, Amendment, and Constitutional rights are violated

4.

___. by LAPD (All defendants). Plaintiff would be pulled over while driving forced out of car (always) arrested for felony assault on Los Angeles Police officer (2012-2021 last felony Assault on LAPD). Plaintiffs statute of limitations don't expire until 12/2024 (almost two more years) for felony (that was DA rejected as all other false, illegal arrest, or never reported, just assaulted and taken to Sheriffs or Los Angeles Police Station).

Plaintiff continued to proceed lawsuit (Stanley Mosk Court) and

___. LAPD (all defendants), Sheriffs illegal activity continued. Plaintiff mailed various complaints (and visited Defendant FBI in person) of illegal arrest. Plaintiff attached LA County Sheriffs Internal Affairs and Police Internal Affairs Complaints made by Plaintiff (over 150). Federal Bureau of Investigations never (beginning 2012) return mail, or responded to Plaintiffs complaints. In 2012 Plaintiff went 11000 Wilshire Blvd (FBI Office, Los Angeles) and Plaintiff was refused Investigation by FBI regarding illegal arrest, harassment

___. terrorism by Los Angeles Police and Sheriffs Department in retaliation to Plaintiff. All of Plaintiffs Civil Rights were (2012-Current) and are still being violated. Plaintiff 14th Amendment to the Constitution violated, etc. Plaintiff continued to be harassed (now terrorism, harassment is worsening, warfare, recordings of law enforcements threats, saying they can see me, describing what Im (Plaintiff is wearing, etc). Plaintiff due to (2012) not receiving assistance from FBI

5.

Pro Se Clinic Form                    Page Number

1  (all defendants). Federal Bureaus of Investigations are mandated to
2  investigate Law Enforcement misconduct, including Plaintiffs wrongful
3  arrest, retaliatory assaults, illegally jailing plaintiff never allowing
4  Plaintiff to see a lawyer or Judge, etc., towing multiple Plaintiffs
5  cars). During Plaintiff v. La County Lawsuit (whom Sheriffs
6  and Police threatened saying "drop the lawsuit!") arrest, assault,
7  and terrorism got so bad Plaintiff moved out of Los Angeles County
8  leaving Plaintiffs mother and family. Plaintiff moved to Riverside,
9  CA and transferred to Child Protection Services in Riverside, CA.
10 (Plaintiff prevailed in suit vs. LA County (at) Stanley Mosk Court, etc.).
11 Plaintiff 2013, etc. working in Riverside, CA as Masters level Social Worker
12 continued to be harassed by LA County Sheriffs, LAPD, FBI etc.
13 For example, Plaintiff would receive threatening calls, etc. Plaintiff
14 visited family in Los Angeles and Plaintiff would be assaulted,
15 arrested, etc. (Sheriffs, LAPD). Plaintiff continued to file complaints
16 with Defendant (All FBI) but Plaintiff still did not receive any
17 investigational assistance from FBI. (2013 approximately) Plaintiff
18 continued to be assaulted and harassed by Law Enforcement but
19 arrested (felony - never charged, didn't pursue charges, DA Reject)
20 and jailed various times (first substations, then transported to
21 Twin Towers County Jail, Glasshouse belongings, clothes, etc). Plaintiff
22 started to feel very abnormal (continued to file FBI complaints,
23 to Department of Justice, President for FBI refusing to
24 investigate, as well as complaints of Sheriffs and LAPD,
25 all defendants); after repeated arrest. For example, plaintiff
26 began experiencing impulses during sleep (jumping up, different
27 times of night). Family, friends would say Plaintiff was sleep
28 walking, or acting different. Plaintiff attempted to visit Doctor.

BA Plaintiff wasn't allowed to visit the Doctor. Plaintiffs attempts to visit Doctors were obstructed by Law Enforcement (Defendants). For example, Plaintiff medical insurance started to be hacked, etc. Plaintiff didn't really (ignorant to fact) understand that Plaintiff was now being (maybe the entire time, etc.) harassed, terrorized by LAPD, Sheriffs, and FBI. For example LA County Sheriffs Collaborate with FBI and various other Government Law Enforcement Agencies. Plaintiff started being (setup) sabotaged by Defendants. This terrorism started being noticed by Plaintiff (aside from LAPD, Sheriffs incidents) 2013. Plaintiff couldn't take the threats, torture, terrorism, harassment by Law Enforcement (Sheriffs, LAPD, FBI). Plaintiff only filed complaints against FBI (2012 due to FBI neglecting to investigate) with The Department of Justice. Till this day Plaintiff has never been convicted of a felony, or been on Probation or Parole. Plaintiff has worked (visited 15 states, and Mexico due to terrorism by Defendants (all FBI, Sheriffs, and LAPD). For example, even when relocating out of state Plaintiff continued to be impulsed and threatened by law enforcement (defendants (all FBI), Sheriffs, LAPD. Plaintiff would get terroristic calls. (Plaintiff is a victim of Psychological Warfare Radiation Warfare and in a state of emergency. Plaintiff is have much delay and being tortured and terrorized by Defendants and Sheriffs, Police Department. Plaintiff has requested in 2:23-CV-03480-DOC-MAR, 2:23-CV-03482-DOC-MAR, 2:23-CV-03485-DOC-MAR lawsuits currently pending US District Court Los Angeles the assistance of Militia. Plaintiff has not been allowed to see a specialist

Doctor since 2012. Plaintiff request a Medical Order to see a Doctor. Plaintiff has illegally been arrested various times during 2012-Current, put in Prison for over 9 months (never fingerprinted, due process, given a trial, nor convicted). Plaintiff is being harassed by Defendant (all FBI) where ever Plaintiff goes. For example, Plaintiff is often assaulted, vehicles disabled, cyber crime. In December of 2022 Plaintiff went to Washington D.C. to file complaints against Federal Bureau of Investigations Headquarters, file Department of Justice complaint (across the street from FBI Headquarters). Plaintiff (b/2022) also attempted to file a complaint at the Whitehouse (President). Plaintiff was refused to file a complaint with FBI at two different offices in Washington DC. Plaintiff was also refused to file a complaint with Department of Justice (DOJ b/2022). While in DMV area Plaintiff filed various lawsuits attempting to get assistance for Radiology, Chemical Warfare at US District Court in Washington DC, 1:23-CV-00035-UNA, 1:22-CV-03844-UNA, 1:23-CV-00036-UNA, 1:22-CV-03843. Plaintiff was threatened by Defendants to leave DMV area or be killed. Plaintiff wanted to pursue lawsuits against Law Enforcement and Defendants (All FBI) but left DMV due to threats. Plaintiff hears recordings in mind threatening, torture, terroring 24/7. Plaintiff doesn't (nor does any other human) deserve this. Slavery is illegal!

## V. CLAIMS

### Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: 14th Amendment to the constitution gave Black People Equal protection. Plaintiff is not being treated equally. Plaintiff evokes 2nd Amendment right for Militia to assist, protect, and give Plaintiff Medical services (remove War System).

____. The above civil right was violated by the following Defendants: Defendants are radiating Plaintiff illegally breaching Plaintiffs right to privacy / Chemical Weapons / Nerve Agents American with Disabilities (ACAA), Employment Discrimination

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

____. Defendant is black balling Plaintiff (Employment Discrimination) Plaintiffs personal (thoughts) or rights aren't being protected by the U.S. Constitution and federal laws enacted by Congress. Protection from unlawful discrimination. Chemical Warfare / Radiology System is a federal run system (Federal Bureau of Investigations). Plaintiff mail stolen, computer hacked, email hacked, Plaintiff is be stimulated, radiated, terrorism is illegal. Plaintiff is a victim a WARFARE and mandates lawful / Militia assistance!

____. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: Short term memory loss CBRN- military acronym for chemical, biological, radiological (Nerve Agent- disrupt nerves, forced salivation, Lacrimation, uncontrolled Urination, Defecation, aches, body, limbs, muscle spasms, etc.

9

Pro Se Clinic Form                    Page Number

## Claim #(___)
*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

___. *(List any other legal claim you have that is related to your civil rights claim.)*
*Insert ¶ #*

2:23-CV-03480-DOC-MAR (Plaintiff v. CA Sheriffs et al.)
2:23-CV-03482-DOC-MAR (Plaintiff v. LAPD et al.)
2:23-CV-03485-DOC-MAR (Plaintiff v. District Attorney et al.)
All above pending lawsuits against Sheriffs, LAPD, and District Attorney reference Plaintiff being the victim of Radiation, Chemical Warfare, Nervous System Manipulation.

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Illegal Psychological, Radiation/Impulse, Chemical Nerve Agents (Warfare) Enzyme manipulation - Civil Rights Violation - American with Disabilities.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. Brian Computer Interface, Chemical Warfare (Federal System of War), Nervous System Manipulation, Computer/Cyber/Artificial Intelligence Warfare on Plaintiff. Blackballing (FBI Virginia job background reporting false felonies keeping Plaintiff from getting Employment). Terrorizing Plaintiff 24/7 (Thought Distortion) with Chemical Warfare System, etc (Death Recording Threats)
*Insert ¶ #*

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:
*Insert ¶ #*

Memory Loss, Gastrointestinal Distress, Impulse of Radioactive Artificial Materials, Miosis, Muscle Spasm, Lumbar Spinothalamic Cells (torture, harassment, alone with self), obstruction of speech, memory, brain function, forced muscle spasms (dropping things, etc.)

10.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

___. Due to illegal activity of terrorism which is defined as the unlawful use of violence (non-verbal warfare) and intimidation (recording of forced threats/radiated through warfare system (federal).

___. Defendants violate (previously and currently) Plaintiffs nerves (class of organic chemicals that disrupt the mechanisms by which nerves transfer messages to organs. The disruption is caused by the blocking of brain senses to body organs.

___. Plaintiff is a slave to Defendants illegal warfare (started in Civil War) system. Plaintiff doesn't have any free speech (forced to speak, speech obstructed by Defendant). Plaintiff entire body is controlled by Defendant (bleedy limbs,

___. intelligence, no brain thought stability, blackballed no work even though Plaintiff has Masters Degree (3.5 gpa) no criminal ~~court~~ record. Plaintiff put in prison no trial, no fingerprint or due process. Plaintiff is sick, suffering. Mandates 10,000,000

Dated: April 27, 2023
Sign: James B. Jordan, BSW, MSW
Print Name: James B. Jordan

11.

Pro Se Clinic Form                Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: April 17, 2023
Sign: *James B. Jordan, BSW, MSW*
Print Name: James B. Jordan